# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOURDES MENDEZ, et al.,<br><br>　　　　Defendants. | Case No. 1: 22-cv-00066-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE REQUEST FOR ENTRY OF DEFAULT OR A NOTICE OF STATUS OF ACTION<br><br>FIVE DAY DEADLINE |

Darren Gilbert ("Plaintiff") filed this action on January 14, 2022, against Defendants Lourdes Mendez and Stefanie Jasmine Chavez Valencia, alleging violations of the Americans with Disabilities Act and state law. (ECF No. 1.) On March 3, 2022, summonses were returned executed demonstrating service on Defendants on February 22, 2022, and February 23, 2022, respectively. (ECF Nos. 4, 5.) Pursuant to Rule 12 of the Federal Rules of Civil Procedure, a responsive pleading was due within twenty-one days of being served with the summons and complaint. Fed. R. Civ. P. 12(a)(1)(A)(i). More than twenty-one days have passed and Defendants have not filed a responsive pleading; no stipulation to extend time to respond to the complaint has been filed; and no request for entry of default has been filed as to any Defendant. A scheduling conference is currently set for April 18, 2022.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiff shall either file a request for entry of default on the non-responding Defendants or a notice regarding the status of this action.

IT IS SO ORDERED.

Dated: **March 24, 2022**

UNITED STATES MAGISTRATE JUDGE