# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | Case No. 1:22-cv-00066-JLT-SAB |
| Plaintiff, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| LOURDES MENDEZ, et al., | (ECF Nos. 7, 8) |
| Defendants. | **DEADLINE: APRIL 29, 2022** |

This action was filed on January 14, 2022. (ECF No. 1.) On March 24, 2022, the Court ordered Plaintiff to file either a request for entry of default or notice of status of action. (ECF No. 6.) On March 29, 2022, Plaintiff filed a notice of status of action and notice of settlement, in which he indicated the parties had reached settlement. (ECF Nos. 7, 8.) Plaintiff proffers a fully executed agreement is still pending and Defendants must complete certain acts required by the terms of the settlement agreement. (ECF No. 7.) He requests an extension of the deadline to file dispositional documents up to and including April 29, 2022.

The parties are reminded that, pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). Plaintiff requests additional time to file the dispositional documents, based on the proffer that Defendants need to take certain actions still in exchange for Plaintiff dismissing this case. (See ECF No. 7 (referring to settlement as "contingent").)

Generally, once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, the Court does not retain jurisdiction to oversee that the parties. Nonetheless, the Court shall permit the limited extension requested by the parties to file dispositional documents. The parties are advised, however, that no further extensions of time shall be granted absent a strong showing of good cause. Further, the parties are reminded that "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions. Id. (citing E.D. Cal. L.R. 272).

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents no later than **April 29, 2022**.

IT IS SO ORDERED.

Dated: **March 30, 2022**

UNITED STATES MAGISTRATE JUDGE